6/10/04
to m

United States District Court
District of Massachusetts

FILED
IN CLERKS OFFICE

2004 JUN -8 P 12:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States        )
                     )
                     )
v.                   )    No. 04-MJ-00221-JLA
                     )
Jon Minotti, et al., )
      defendants.    )
                     )

# Waiver of Probable Cause Hearing

The defendant Jon Minotti hereby waives his right to a probable cause hearing and requests that that hearing, which is currently scheduled for June 10, 2004, be taken off the list.

Jon Minotti
By his attorney,

*[signature]*

Michael R. Schneider
BBO # 446475
Salsberg & Schneider
95 Commercial Wharf
Boston, MA 02110
617/227-7788

Certificate of Service

I, Michael R. Schneider, hereby certify that earlier today, I served on John Farley, Assistant United States Attorney, United State's Attorney's Office, 1 Courthouse Way, Suite 2300, Boston, MA 02210, a true and accurate copy of the foregoing document by facsimile and by U.S. first class mail, postage prepaid. Signed under the pains and penalties of perjury.

*[signature]*
Michael R. Schneider

Dated: June 8, 2004

6/10/04 aot—, m. J. allowed