**04 CR 10325 GAO**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2004 OCT 26  A 11: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| JON MINOTTI, ) | - 21 U.S.C. § 846 - Conspiracy To Distribute, and to Possess with Intent to Distribute, Controlled Substances |
| Defendant. ) | |
| ) | - 21 U.S.C. § 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| ) | - 18 U.S.C. § 924(c)(1)(A) - Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime and Possession of a Firearm in Furtherance of a Drug Trafficking Crime |
| ) | - 18 U.S.C. § 2 - Aiding and Abetting |

INFORMATION

COUNT 1: (21 U.S.C. § 846 - Conspiracy to Distribute, and to Possess with Intent to Distribute, Cocaine.

The United States Attorney charges that:

Beginning on an unknown date, but at least by in or about December of 2003, and continuing to on or about May 19, 2004, in the District of Massachusetts,

JON MINOTTI,

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, to distribute, and to possess with intent to distribute,

cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges that the conspiracy involved 500 grams or more of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

<u>COUNT 2:</u>       (21 U.S.C. § 841(a)(1) - Possession of Cocaine with Intent to Distribute; 18 U.S.C. § 2 - Aiding and Abetting).

The United States Attorney further charges that:

On or about December 24, 2003, in the District of Massachusetts,

JON MINOTTI,

defendant herein, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

The United States Attorney further charges that the offense involved over 500 grams of cocaine. Accordingly, 21 U.S.C. § 841(b)(1)(B)(ii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

<u>COUNT 3:</u>     (18 U.S.C. § 924(c)(1)(A) - Using or Carrying a Firearm During and in Relation to a Drug Trafficking Crime and Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 2 - Aiding and Abetting).

The United States Attorney further charges that:

On or about December 24, 2003, in the District of Massachusetts,

**JON MINOTTI,**

defendant herein, did knowingly and intentionally use and carry a firearm during and in relation to a drug trafficking crime, to wit: (1) conspiracy to distribute, and to possess with intent to distribute, cocaine, in violation of Title 21, United States Code, Section 846 and (2) possession of cocaine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), and did knowingly possess such firearm in furtherance of such drug trafficking crime.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 2.

4

<u>COUNT 4</u>:        (21 U.S.C. § 846 - Conspiracy to Distribute, and
                     to Possess with Intent to Distribute, Marijuana).

The United States Attorney further charges that:

Beginning on an unknown date, but at least by in or about January of 2003, and continuing to an unknown date, but at least to on or about December 24, 2003, in the District of Massachusetts, California, and elsewhere,

**JON MINOTTI**,

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with other persons, to distribute, and to possess with intent to distribute, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The United States Attorney further charges that the conspiracy involved over 50 kilograms of marijuana. Accordingly, 21 U.S.C. § 841(b)(1)(C) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

Date: October 26, 2004    By: _____
                                    JOHN T. McNEIL
                                    Assistant U.S. Attorney

5

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**  04 CR 10325 GAO  U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** III  **Investigating Agency** DEA

**City** MALDEN  **Related Case Information:**

**County** MIDDLESEX
Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number  M.J. 04-221-JLA
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  JON MINOTTI   Juvenile ☐ Yes ☒ No

Alias Name _____

Address  3 O'Grady Circle, Stoneham, MA

Birth date: 1966   SS#: ***-**-3604   Sex: M   Race: Cauc.   Nationality: USA

Defense Counsel if known:  Michael R. Schneider   Address: 95 Commercial Wharf
Boston, MA 02110

Bar Number: _____

**U.S. Attorney Information:**

AUSA  JOHN T. McNEIL   Bar Number if applicable  550473

Interpreter: ☐ Yes ☒ No   List language and/or dialect: _____

Matter to be SEALED: ☐ Yes ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: MAY 20, 2004

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☒ On Pretrial Release:  Ordered by  ALEXANDER, M.J.  on  5/24/04

Charging Document: ☐ Complaint ☒ Information ☐ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: October 26, 2004   Signature of AUSA: _(signed)_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse       04 CR 10325 GAO

District Court Case Number (To be filled in by deputy) _____

Name of Defendant   JON MINOTTI

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | CONSPIR. TO DIST CONT. SUB. | 1 & 4 |
| Set 2 | 21 U.S.C. § 841 | POSS OF COCAINE W/INTENT TO DIST. | 2 |
| Set 3 | 18 U.S.C. § 924(c) | USE/CARRYING FIREARM | 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:   CO-CONSPIRATORS WERE CHARGED IN CRIM NO. 04-10194-RCL

Minotti JS 45.wpd - 3/13/02