**United States District Court**
**District of Massachusetts**

SCANNED  DATE: 10/26/04  M.P.

FILED
IN CLERKS OFFICE

2004 OCT 25  P 1: 18

U.S. DISTRICT COURT
DISTRICT OF MASS.

United States                    )
                                 )
v.                               )   No. 04-MJ-00221-JLA
                                 )
Jon Minotti,                     )
        defendant.               )
                                 )

## Counsel's Motion to Withdraw

Undersigned counsel hereby moves to withdraw as counsel for Jon Minotti. As grounds therefor, counsel avers as follows:

1. Counsel was appointed from the Criminal Justice Act Panel to represent the defendant at his first appearance on May 20, 2004.

2. Counsel believes that there now exists a substantial possibility that a potential conflict of interest with the interests of another of his firm's clients may ripen into an actual conflict of interest.

3. While the terms of a draft plea agreement have been thus far discussed in some detail, it seems advisable to appoint new counsel at this juncture before the defendant decides to execute a plea agreement.

4. Counsel has conferred with both the defendant and the prosecuting attorney AUSA John McNeill and believes that withdrawal is in the interest of his client and is or will at some point be required by the Mass. Rules of Professional Conduct.

5. Counsel is prepared to reveal the particulars of his concerns to the Court, either ex parte or in the presence of the prosecuting attorney, without, of course, revealing any client confidences.

Wherefore, counsel moves to withdraw on this matter.

_____
Michael R. Schneider
BBO #446475
Salsberg & Schneider
95 Commercial Wharf
Boston, MA 02110
617/227-7788

### Certificate of Service

I, Michael R. Schneider, hereby certify that earlier today, I served on John McNeill, Assistant United States Attorney, United State's Attorney's Office, John Joseph Moakley Courthouse, 1 Courthouse Way, 9th Floor, Boston, MA 02210, Boston, MA 02108, a true and accurate copy of the foregoing document by U.S. first class mail, postage prepaid. Signed under the pains and penalties of perjury.

_____
Michael R. Schneider

Dated: October 25, 2004