UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>JON MINOTTI )<br>) | )<br>)<br>) CRIMINAL NO.<br>) 04 – 10325 – GAO<br>)<br>)<br>) |

DEFENDANT'S MOTION, WITHOUT GOVERNMENT
OPPOSITION, TO CONTINUE HIS RULE 11 HEARING FROM
SEPTEMBER 19, 2005 TO OCTOBER 12, 2005

The defendant Jon Minotti moves, with the approval of, and without opposition from, the government, that his Rule 11 hearing be continued from September 19, 2005, to 2:00 p.m. October 12, 2005.

JON MINOTTI

By his attorney,

/s/ Michael J. Liston
_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

September 15, 2005

1