UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) CRIMINAL NO. | |
| v. ) 04 − 10325 − GAO | |
| ) | |
| JON MINOTTI ) | |

DEFENDANT'S MOTION, WITHOUT GOVERNMENT OPPOSITION, TO RELEASE THE $50,000 BAIL THAT HAD BEEN POSTED TO SECURE HIS PRE-TRIAL RELEASE

On October 12, 2005, the court accepted guilty pleas from the defendant Jon Minotti ("Minotti") for drug offenses that invoked the provisions of 18 U.S.C. § 3143(a)(2). As a result, Minotti was immediately detained. Minotti had been released pretrial subject to conditions that included the posting of a cash bail of $50,000. His father-in-law, James Nazzaro had posted the bail on his behalf. Minotti now moves that the bail be released and returned to James Nazzaro. A proposed Order is attached hereto.

JON MINOTTI

By his attorney,

s/ Michael J. Liston

_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281