UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) CRIMINAL NO. |
| v. | ) 04 − 10325 − GAO |
|  | ) |
| JON MINOTTI | ) |
|  | ) |

**ORDER RELEASING BAIL MONEY**

On October 12, 2005, the defendant Jon Minotti was ordered detained as the result of his plea to charges invoking the provisions of 18 U.S.C. § 3143(a)(2). Since the defendant is now in federal custody, the court hereby ORDERS that the $50,000.00 bail posted on defendant's behalf be released and returned to the person who posted the bail.

_____
George A. O'Toole
United States District Judge

October 13, 2005