UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 04-10325-GAO |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| JON MINOTTI, | ) | - 21 U.S.C. § 846 - |
| | ) | Conspiracy To Distribute, |
| Defendant. | ) | and to Possess with Intent |
| | ) | to Distribute, Controlled |
| | ) | Substances |
| | ) | |
| | ) | - 21 U.S.C. § 841(a)(1) - |
| | ) | Possession of Cocaine |
| | ) | with Intent to Distribute |
| | ) | |
| | ) | - 18 U.S.C. § 924(c)(1)(A) - |
| | ) | Using or Carrying a Firearm |
| | ) | During and in Relation to a |
| | ) | Drug Trafficking Crime and |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Drug |
| | ) | Trafficking Crime |
| | ) | |
| | ) | - 18 U.S.C. § 2 - |
| | ) | Aiding and Abetting |

**WAIVER OF INDICTMENT**

I, Jon Minotti, the above-named defendant, who is accused of conspiracy to distribute, and to possess with intent to distribute, cocaine, in violation of 21 U.S.C. § 846; possession of cocaine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1); aiding and abetting the using or carrying a firearm during and in relation to a drug trafficking crime and aiding and abetting the possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 2 and 924(c)(1)(A); and conspiracy to distribute, and to possess with intent to distribute, marijuana, in violation of 21 U.S.C. § 846, being advised of the nature of the charges, the proposed information,

and my rights, hereby waive prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
Jon Minotti
Defendant

_____
Michael J. Liston
Counsel for the Defendant

Date: 10-12-05

Before me
[signature]
U.S.D.J.
10/12/05