UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | CRIMINAL NO. |
| v. ) | 04 – 10325 – GAO |
| ) | |
| JON MINOTTI ) | |

### ORDER RELEASING BAIL MONEY

On October 12, 2005, the defendant Jon Minotti was ordered detained as the result of his plea to charges invoking the provisions of 18 U.S.C. § 3143(a)(2). Since the defendant is now in federal custody, the court hereby ORDERS that the $50,000.00 bail posted on defendant's behalf be released and returned to the person who posted the bail.

/s/ George A. O'Toole, Jr
_____
George A. O'Toole
United States District Judge

October 25, 2005