UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) CRIMINAL NO. |
| v. | ) 04 − 10325 − GAO |
|  | ) |
| JON MINOTTI | ) |
|  | ) |

**DEFENDANT'S MOTION, WITH THE GOVERNMENT'S ASSENT,
(1) TO CONTINUE THE DATE FOR DEFENDANT'S SENTENCING
FROM MAY 3, 2006 TO ON OR AFTER MAY 17, 2006 AND (2) TO
EXTEND UNTIL APRIL 20, 2006 THE TIME WITHIN WHICH
DEFENDANT MAY OBJECT TO THE
INITIAL PRESENTENCE REPORT**

The defendant Jon Minotti moves, with the assent of the government, that his sentencing, now scheduled to take place on May 3, 2006, be continued until on or after May 17, 2006. The defendant further moves, with the assent of the government and with the approval of the Probation Office, that the time within which he may object to the initial Presentence Report be extended until April 20, 2006.

As grounds for the motion the defendant states that his counsel is scheduled to commence trial in the Middlesex Probate Court on May 3, 2006.

                    JON MINOTTI

                    By his attorney,

                    s/ Michael J. Liston

                    _____
                    Michael J. Liston BBO# 301760
                    2 Park Plaza, Suite 610
                    Boston, MA  02116
                    (617) 426-2281

April 11, 2006

## CERTIFICATE OF SERVICE

    I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, April 11, 2006.

                    s/ Michael J. Liston

                    _____
                    Michael J. Liston