UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. |
| v. | ) 04 − 10325 − GAO |
| | ) |
| JON MINOTTI | ) |
| | ) |

**DEFENDANT'S MOTION, WITH THE GOVERNMENT'S ASSENT, TO CONTINUE THE DATE FOR DEFENDANT'S SENTENCING FROM MAY 17, 2006 TO ON OR AFTER JULY 5, 2006**

The defendant Jon Minotti moves, with the assent of the government, that his sentencing, now scheduled to take place on May 17, 2006, be continued until on or after July 5, 2006.

As grounds for the motion the defendant states that a significant issue to be addressed at sentencing is the application, *vel non*, of 18 U.S.C. §924(c)(1)A)(ii). Under this section, if a firearm is "brandished" in the course of a drug offense, there is a minimum mandatory 7 year term of imprisonment in addition to the penalty for the underlying drug offense. If the weapon is not brandished but only carried or possessed, the additional mandatory term is limited to 5 years under 18 U.S.C. §924(c)(1)A)(i). Minotti, who never possessed or carried a weapon himself, pleaded guilty on a *Pinkerton* theory to a violation of § 924(c) in connection with a co-conspirator's possession of a weapon. The "brandishing" issue has not been determined.

Minotti has moved, pursuant to the Criminal Justice Act, for the

provision of the transcripts of his trial testimony and the trial testimony of Carlos Ruiz and of David Jordan in the criminal proceedings tried before Judge Lindsay − *United States v. Anthony Bucci and David Jordan*, Criminal Action No. 04-10194 RCL.  In that trial, Carlos Ruiz testified that David Jordan brandished a firearm; David Jordan denied it.

Judge Lindsay's stenographer has advised Minotti's counsel that the requested transcripts would not be available until on or about June 8, 2006. Moreover, counsel for Minotti needs additional time, and further discovery from the government, in order adequately to prepare for Minotti's sentencing.

JON MINOTTI

By his attorney,
s/  Michael J. Liston
_____
Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA  02116
(617) 426-2281

May 8, 2006

## CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, May 8, 2006.

s/  Michael J. Liston
_____
Michael J.  Liston