UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
|  | ) CRIMINAL NO. |
| v. | ) 04 − 10325 − GAO |
|  | ) |
| JON MINOTTI | ) |
|  | ) |

**DEFENDANT JON MINOTTI'S MOTION, PURSUANT TO 18 U.S.C. § 3006A(e), FOR THE PROVISION OF TRANSCRIPTS, AT GOVERNMENT EXPENSE, OF CERTAIN OF THE SENTENCING HEARINGS OF CARLOS RUIZ AND FRANCIS MUOLO**

The defendant Jon Minotti ("Minotti") testified for the government in a recently completed criminal trial before Judge Lindsay − *United States v., Anthony Bucci, et al*, Criminal Action No. 04-10194 RCL. The criminal conduct for which Minotti has pleaded guilty in this court arises out of the conduct that was the subject matter of the trial before Judge Lindsay. Carlos Ruiz ("Ruiz"), who was a defendant in a criminal case before Judge Saris − *United States v. Carlos Ruiz,* Criminal Action No. 04-10175 PBS − also testified for the government in the proceedings before Judge Lindsay. On May 23, 2006, as the result of a government Rule 35motion, Judge Saris re-sentenced Ruiz in light of his assistance to the government.

Francis Muolo ("Muolo") was a defendant in the criminal action before Judge Lindsay and he entered a guilty plea to certain of the charges against him just prior to trial. Muolo did not testify for the government, but the government has apparently taken the position that he cooperated. Judge Lindsay sentenced Muolo after a hearing on May 30, 2006.

1

Pursuant to 18 U.S.C. § 3006(A)(e), Minotti, through his court appointed attorney, requests that he be provided, at government expense, with transcripts of Ruiz's sentencing hearing before Judge Saris on May 23, 2006 and Muolo's sentencing hearing before Judge Lindsay on May 30, 2006. These proceedings, and the government positions expressed in the course of these proceedings, are highly relevant in connection with Minotti's sentencing, now scheduled for July 13, 2006.

        JON MINOTTI

        By his attorney,

        s/ Michael J. Liston

        _____
        Michael J. Liston BBO# 301760
        2 Park Plaza, Suite 610
        Boston, MA  02116

Dated: May 31, 2006        (617) 426-2281

## CERTIFICATE OF SERVICE

I, Michael J. Liston, do hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non registered participants on this date, May 31, 2006.

        s/ Michael J. Liston

        _____
        Michael J. Liston