```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,
            Plaintiff,

V.                              Criminal Action No. 04-10194-RCL

DAVID JORDAN and
ANTHONY BUCCI,                  March 24, 2006
            Defendants.         Boston, Massachusetts
_____




        TRANSCRIPT OF TESTIMONY OF CARLOS ALBERT RUIZ DAY 1

                         JURY TRIAL DAY 5

          BEFORE THE HONORABLE REGINALD C. LINDSAY

                  UNITED STATES DISTRICT COURT

                  JOHN J. MOAKLEY U.S. COURTHOUSE

                       ONE COURTHOUSE WAY

                        BOSTON, MA  02210




                    DEBRA M. JOYCE, RMR, CRR
                       Official Court Reporter
                   John J. Moakley U.S. Courthouse
                    1 Courthouse Way, Room 5204
                         Boston, MA  02210
                           617-737-4410
```

```
 1   APPEARANCES:
 2   FOR THE GOVERNMENT:
 3   JOHN T. McNEIL, ESQ.
     S. THEODORE MERRITT, ESQ.
 4   Assistant United States Attorney
     Office of the United States Attorney
 5   John J. Moakley U.S. Courthouse
     1 Courthouse Way, Suite 9200
 6   Boston, MA  02210
     617-748-3100
 7
 8   FOR THE DEFENDANT DAVID JORDAN:
 9   THOMAS DRECHSLER, ESQ.
     Finneran, Byrne & Drechsler
10   Suite 201
     50 Redfield Street
11   Boston, MA  02122
     617-265-3900
12
     MARIA A. LUISE, ESQ.
13   Balliro & Mondano
     99 Summer Street
14   Suite 1800
     Boston, MA  02110
15   781-737-8442
16
     FOR THE DEFENDANT ANTHONY BUCCI:
17
     MICHAEL F. NATOLA, ESQ.
18   63 Atlantic Avenue
     Suite 2B
19   Boston, MA  02110
     617-367-1199
20
     ANTHONY J. ROSSI, ESQ.
21   ROSSI & BLAISDELL, P.A.
     516 Broadway
22   Everett, MA  02149
     617-387-5502
23
24
25
```

Page 3

1              P R O C E E D I N G S
2           (The following proceedings were held in open court
3  before the Honorable Reginald C. Lindsay, United States
4  District Judge, United States District Court, District of
5  Massachusetts, at the John J. Moakley United States Courthouse,
6  1 Courthouse Way, Boston, Massachusetts, on March 24, 2006.
7           The defendants, David Jordan and Anthony Bucci, are
8  present with counsel.  The Assistant United States Attorneys
9  are present.)
10                  *   *   *   *   *   *   *
11          CARLOS ALBERT RUIZ, having been duly sworn by the
12  Clerk, was examined and testified as follows:
13          LAW CLERK:  Thank you.  Please be seated.
14                    DIRECT EXAMINATION
15  BY MR. MERRITT:
16  Q.  Sir, would you please state your full name, spell your last
17  name.
18  A.  Carlos Albert Ruiz, R-u-i-z.
19  Q.  And where were you born?
20  A.  Glendale, California.
21  Q.  And how old are you?
22  A.  Twenty-eight.
23  Q.  And are you a U.S. citizen?
24  A.  Yes.
25  Q.  Where did you grow up?

1  A.  I grew up in California.
2  Q.  And at some point did you move to --
3  A.  Massachusetts.
4  Q.  -- Massachusetts?
5  A.  Yes.
6  Q.  About how old were you?
7  A.  About 14, 15.
8  Q.  And did you attend high school in Massachusetts?
9  A.  Yes.
10 Q.  Which one?
11 A.  Chelsea High School.
12 Q.  And did you attend another one?
13 A.  Lynn English.
14 Q.  Graduate?
15 A.  Yes.
16 Q.  Go on any to other education?
17 A.  College, went to college, North Shore Community College.
18 Q.  Did you graduate from there?
19 A.  No.
20 Q.  Are you married?
21 A.  Yes.
22 Q.  And do you have any children from the marriage?
23 A.  Yes.
24 Q.  How many?
25 A.  Two.

1  Q. Mr. Ruiz, have you had any legitimate employment?
2  A. Yes.
3  Q. What kinds of jobs?
4  A. Um, I was self-employed, owned a restaurant. I worked for
5  Catholic Charities as a bus driver, and I also worked in Star
6  Market as a deli clerk.
7  Q. And have you also been involved in selling drugs?
8  A. Yes.
9  Q. And in the year 2003 were you involved in a cocaine
10 distribution organization?
11 A. Yes.
12 Q. And what -- approximately what kind of quantities of
13 cocaine was that organization involved in dealing?
14 A. Kilos.
15 Q. Now, are you in federal prison now?
16 A. Yes.
17 Q. Did you plead guilty to a certain crime?
18 A. Yes, I did.
19 Q. And what crime did you plead guilty to?
20 A. Distribution between 15 and 50 kilos.
21 Q. And that was a conspiracy to do that?
22 A. Yes.
23 Q. And that -- did that relate to your involvement with this
24 drug organization?
25 A. Yes.

1  Q. And did you also enter into a plea and cooperation
2  agreement with the government?
3  A. Yes, I did.
4          MR. MERRITT: May I approach, your Honor?
5          THE COURT: Yes.
6  BY MR. MERRITT:
7  Q. Let me just put before you what's marked as Government
8  Exhibit 20. Do you recognize what that is?
9  A. Agreement.
10 Q. You still have to keep your voice up.
11 A. An agreement.
12 Q. And is that your signature on the back page?
13 A. Yes, it is.
14         MR. MERRITT: Your Honor, I move in Exhibit 20.
15         THE COURT: Any objection.
16         MR. DRECHSLER: No, your Honor.
17         THE COURT: 20 is received in evidence.
18         (Exhibit 20 received into evidence.)
19         MR. MERRITT: If I may just put this up on the
20 screen for a second for the jury to get an idea.
21         THE COURT: Yes, sir.
22 BY MR. MERRITT:
23 Q. And referring to the --
24         THE COURT: I didn't see it. Did you put it up
25 there?

1       MR. MERRITT: Yes, your Honor.
2       THE COURT: Sorry. Okay.
3  BY MR. MERRITT:
4  Q. Just looking at the first name on there, Mr. Chipman, was
5  that your attorney at the time?
6  A. Yes, still is.
7  Q. And showing you what's on the ninth page, are these the
8  representatives of the government that signed the agreement?
9  A. Yes.
10 Q. And the last person on there, Mr. Peabody, do you know who
11 he was?
12 A. He was the district attorney from the other case, the
13 conspiracy case.
14 Q. Now, what do you understand your obligation under this
15 agreement, Mr. Ruiz?
16 A. To tell the truth.
17 Q. And what do you understand the government's obligation to
18 do if you testify truthfully at trial?
19 A. To file a motion to get a lighter sentence.
20 Q. And who would that motion be with?
21 A. With who?
22 Q. Yes.
23 A. The government.
24 Q. No. Who would they file the motion with?
25 A. Oh, the judge.

Page 8

1  Q. And, just for the record, it's not Judge Lindsay, it's a
2  different judge?
3  A. Yes.
4  Q. Now, you've already been sentenced on that case; is that
5  correct?
6  A. Correct.
7  Q. And what is your sentence?
8  A. Eighty-seven months.
9  Q. And who is it that you understand will determine if and how
10 much your sentence would be reduced?
11 A. The judge.
12 Q. Do you know a man named Jon Minotti?
13 A. Yes.
14 Q. Do you recall who introduced you to him?
15 A. Tommy.
16 Q. Did you know Tommy's last name?
17 A. No.
18 Q. And do you remember what year it was that Tommy introduced
19 you to Jon Minotti?
20 A. Spring 2003.
21 Q. Did you sell Jon Minotti any cocaine?
22 A. Yes.
23 Q. And where did you sell him the cocaine?
24 A. At his house.
25 Q. And what quantities did you sell to him?

US v. Jordan, Bucci, Testimony of Carlos Ruiz Day 1   3/24/06

6a27ad21-e5a5-4ad9-bb2d-05aa1fc72850

1  A.  Ounces.

2  Q.  How frequently?

3  A.  Every other week.

4  Q.  Did you have any understanding whether Mr. Minotti was
5  buying this quantity along with anybody else?

6              MR. NATOLA:  Objection.

7              THE COURT:  He may have that question.

8              MR. NATOLA:  May I be heard, your Honor?

9              THE COURT:  Well, this question he may answer yes
10 or no.

11             MR. NATOLA:  Okay.

12             THE COURT:  Your problem may be with what comes
13 next.

14             MR. NATOLA:  Thank you.

15             THE COURT:  All right.

16 BY MR. MERRITT:

17 Q.  Are you able to answer that question?

18 A.  Yes.

19 Q.  And did you have an understanding that he was buying along
20 with other people?

21 A.  Yes.

22 Q.  Now, did Jon Minotti ever introduce you to someone he
23 identified as Gino?

24 A.  Yes.

25 Q.  Did you ever learn any other name for this person?

1  A. No.
2  Q. Do you recall about when this was he introduced you to
3  Gino?
4  A. I don't remember.
5  Q. Do you recall -- well, was it after you met Mr. Jon Minotti
6  in 2003?
7  A. Yes, it was 2003.
8  Q. Okay. And you don't recall what time of year it was?
9  A. Probably somewhere in the spring still.
10 Q. And did you ever -- where did you meet this person named
11 Gino?
12 A. At Jon's house.
13 Q. How many times?
14 A. At least two times.
15 Q. Did you ever see Gino driving any car?
16 A. Yes.
17 Q. Do you remember what kind of car that was?
18 A. Black Mercedes Benz.
19 Q. I'm going to put on what's been admitted as Government
20 Exhibit 13. Do you recognize the car that's depicted in that
21 photograph, Mr. Ruiz?
22 A. Yes.
23 Q. How do you recognize it?
24 A. I've seen it at Jon's house.
25 Q. Okay. And who did you -- did you associate anybody with

1   this kind of car?
2   A.  With Gino.
3   Q.  Now, directing your attention to a few days before
4   Christmas of 2003 did Jon Minotti call you?
5   A.  Yes.
6   Q.  And what did he want?
7   A.  He wanted to buy three kilos.
8           MR. MERRITT:  Now, at this time, your Honor, I
9   would ask to play what's already been admitted as Exhibit 1 A.
10          THE COURT:  All right.
11  BY MR. MERRITT:
12  Q.  Now, Mr. Ruiz, have you listened to Exhibit 1 A before
13  today?
14  A.  Yes.  Yes, I have.
15          MR. MERRITT:  If we could ask the jury to look at
16  the transcript marked 1 B?
17          THE COURT:  Yes.  Do you still have those books?
18          THE JURY:  Yes.
19          THE COURT:  You can take those out, please, and
20  turn to tab number 1.
21          MR. MERRITT:  1, I guess.
22          THE COURT:  Tab 1.  And my instruction about the
23  use of the transcripts that I gave you the other day still
24  apply.
25          (Played CD.)

Page 12

1  BY MR. MERRITT:
2  Q. Now, Mr. Ruiz, on the second page of that transcript --
3  A. Yes.
4  Q. -- where midway down Jon Minotti says, "There's nothing
5  around here," and then "a couple" -- later there, "a couple of
6  guys... it's pretty good." What are you referring to?
7  A. To three kilos, three kilos.
8  Q. And then he says, "Well, can you do the three for that
9  guy? I mean, he's still waiting he'll take the three if you
10 can get them." And you say, "Yeah."
11 A. Yeah, the three kilos.
12 Q. He says, "Can you do the three for that guy?" Who was
13 that?
14 A. Gino.
15 Q. And then later you say, "They're at 28 right now." What
16 does that mean?
17 A. $28,000.
18 Q. A kilo?
19 A. Yes.
20 Q. Now, this was -- this call was on December 20th. Were
21 there additional follow-up calls with Mr. Minotti in connection
22 with this transaction?
23 A. Yes.
24       MR. MERRITT: If I may, at this time, your Honor,
25 play one more, Exhibit 2 A.

US v. Jordan, Bucci, Testimony of Carlos Ruiz Day 1   3/24/06

Page 13

1           THE COURT:  Yes.  That would be tab 2 in the
2  transcript book.
3           (Played CD.)
4  BY MR. MERRITT:
5  Q.  Now, Mr. Ruiz, on, again, page 2 of that transcript you
6  say, "He'll put them down for 27 now."
7           Is that reducing the price to $27,000?
8  A.  Yes, kilos.
9  Q.  And then where down toward the end of the page, Minotti
10 says, "Like I said, this guy, you know who he is, he fucking --
11 he don't care, he'll pay, but he just wants it good."
12          Did you know who "he" is when he said that?
13 A.  Yes.
14 Q.  Who?
15 A.  Gino.
16          MR. MERRITT:  Shall we pause here, your Honor?
17          THE COURT:  Yes.  Let's stop for the day and the
18 week.
19          Ladies and gentlemen, we'll resume on Monday at
20 9:00.  We're going to have a weekend break, so I especially
21 want you to remember my instructions that you're not to discuss
22 this case or have anyone discuss it with you.  And my
23 instruction should there be anything in the newspapers about
24 this case or on the radio or on television, you are to ignore
25 any of that.

US v. Jordan, Bucci, Testimony of Carlos Ruiz Day 1   3/24/06

Page 14

1        I'll see you Monday at 9:00.  Thank you.
2              (Jury left the courtroom.)
3              (End of excerpted transcript.)
4                    ¡ ¡ ¡ ¡ ¡ ¡
5                    CERTIFICATION
6        I certify that the foregoing is a correct
7  transcript of the record of proceedings in the above¡entitled
8  matter to the best of my skill and ability.

12  _____     _____
13  Debra M. Joyce                       Date
    Official Court Reporter

US v. Jordan, Bucci, Testimony of Carlos Ruiz Day 1   3/24/06

6a27ad21-e5a5-4ad9-bb2d-05aa1fc72850

1                    EXAMINATION INDEX
2
   CARLOS ALBERT RUIZ
3       DIRECT BY MR. MERRITT . . . . . . . . . . . . .    3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25