# EXHIBIT "B"

## TRANSCRIPT OF EXCERPTS OF CALL #549 OF RUIZ WIRE

DATE: December 24, 2003
TIME:  2:04 p.m.

INCOMING:      781-438-1487
SUBSCRIBER:    MINOTTI, MICHELLE
               3 O'GRADY CIRCLE
               STONE HAM, MA

JON MINOTTI    TO    CARLOS RUIZ

RUIZ:   Hello?

JON:    How you doing?

RUIZ:   Huh!

JON:    How you doing?

RUIZ:   Your fucking friend went to go visit me again, that cop.

JON:    Who?

RUIZ:   That dude, your fucking buddy there ...[STUTTERS]... he's supposedly the cop.

JON:    My buddy?!

RUIZ:   Yeah.

JON:    He's not my buddy, dude! I fucking told you.

    .    .    .    .    .    .    .    .

RUIZ:   ...I want that shit tomorrow, that's why. I want my shit tomorrow, or else we're going to have a fucking problem.

JON:    Dude, me and you can go back there and look for it.

RUIZ:   No, it ain't, it ain't going to be. Look it, first of all look... how did the fuck the guy know that I was going to go back over there because somebody had to tell him.

GOVERNMENT EXHIBIT 8B
04-10194-RCL

| | |
|---|---|
| JON: | You're out of your mind. |

. . . . . . .

| | |
|---|---|
| RUIZ: | I already told Tommy to get me his fucking address, if you don't give them to me... |

[VOICES OVERLAP]

| | |
|---|---|
| JON: | We will... we will get together and... |

[VOICES OVERLAP]

| | |
|---|---|
| RUIZ: | I'm going to get it from Tommy one way or the other. |
| JON: | Listen to me! |
| RUIZ: | I already told Tommy what's going on. |
| JON: | Listen to me! We will get them... |
| RUIZ: | No, fuck that shit. I'm... [STUTTERS] I'm already tired of this shit. |
| JON: | We will call him tomorrow. I am.... |

[VOICES OVERLAP]

| | |
|---|---|
| RUIZ: | Either you... either you... either you contact him today, tell him to give me a fucking call and give me my shit back or give me my money. |
| JON: | All right. |
| RUIZ: | Tomorrow morning, tomorrow morning I'm going to fucking... I'm telling you right now. |
| JON: | Listen to me right now. I will do everything with you to get it back. I already told you that. I know that you're fucking mad. I don't blame you, but I will get... if that's the fucking case... we're going to get it back. Stop blaming me. I didn't do anything to you. You know that? |
| RUIZ: | You probably didn't know about it but this motherfucker did know about it. |

2

. . . . . . . . .

RUIZ: I don't want to fucking wait no week, no two... I want my shit tomorrow. That's all I want.

JON: Listen, I am going to call him right now... and see what the fuck's the story and I told you, I will take you wherever you want to go. I don't have a problem with it. I will do whatever I got to do to help you right now. Just understand that. I'm on your fucking side here. You know what we got going on. Why would I do that? You're out of your mind. I will do what I got to do.

RUIZ: I know, I know, I know what's going on.

JON: Why don't you fucking get to the bottom of it then? Because I would never do that to you. Not in a million fucking years.

RUIZ: If that fucking idiot... how the hell he knows that I was up there. He didn't even have, this time he didn't have no fucking gun or else I would have fucking kicked him. He had his fucking gun on me or else I would have fucking popped him in the nose. That fucking friend of yours.

JON: Oh my God dude, you're...

RUIZ: You're fucking, your other fucking Gino's friend.

JON: Yeah. If it's anything it's his friend that I didn't know anything about it and I'm going to get to the bottom of it because I would never fucking do that to you. Not in a million years.

RUIZ: [U/I] the shit is over there? You better have his phone.

JON: It is, I dropped it dude. What do you think? I'm going to carry that? Fuckin' I ran. I told you, they questioned me...

RUIZ: You could go over there tonight and grab that shit after you come out of your party and you better just have it to me, for me tomorrow.

JON: Dude, listen...

RUIZ: Jon...

[VOICES OVERLAP]

3

JON: I'll do whatever I got to do but I am not going back. I just told you when you pulled up here, I go, I'm not going back there right now. That's what cops do. You know that. They fucking case the place.

RUIZ: That was... how the hell did he know that I was in a truck?

JON: What?

RUIZ: That's how stupid the fucking idiot is. How did he know I have another car?

JON: Dude, I don't know. I don't even know what happened. I don't even know what happened. You just told me.

RUIZ: Jon, that's how stupid he is.

JON: Dude, I don't know.

RUIZ: How did, how did he know that I have another fucking car? Somebody had to fucking tell him. Jon, I'm not stupid, Jon.

. . . . . . . .

4