# EXHIBIT
## "C"

## TRANSCRIPT OF CALL #728 OF RUIZ WIRE

DATE:  December 26, 2003
TIME:   3:37 p.m.


OUTGOING:        978-360-9197
SUBSCRIBER:      N/A

CARLOS RUIZ      TO      TOMMY LNU

TOMMY:    Hello.

CARLOS:   Tommy!

TOMMY:    Hey Carlos, how are you?

CARLOS:   Good, how are you doing?

TOMMY:    Good.  How did you make out?

CARLOS:   Not good.  I need for you to do me a favor.

TOMMY:    What's that?

CARLOS:   If you can...

TOMMY:    Yeap, certainly.

CARLOS:   Go by his house...

TOMMY:    Yeah.

CARLOS:   'Cause I went... I went earlier on but the cops sort of escorted me out.

'TOMMY:   You, you went by earlier and you had the cops escort you out?

CARLOS:   Yeah.  So if you can do me a favor 'cause I know he... I
          know he, I know he did it, I know he set me up.  So I need
          for you to do me a favor and tell him to give me... either to
          give me my shit or my money... by tonight.

TOMMY:    Alright.  Alright, I'm [U/I]....

[VOICES OVERLAP]

CARLOS:   ...[STUTTERS].... unless you could call him up and answer
          your phone calls, 'cause he's not answering mine.



TOMMY:    Alright. I'll go by but I'm not out of here until 8:00. I gotta work until 8:00 o'clock and then I'm outta here.

CARLOS:    That's alright. That's was I... if you could, you know if you could do me that favor because I can't go up there.

TOMMY:    Yeap. Definitely.

CARLOS:    Alright man?

TOMMY:    Yeap. He called the cops on you?

CARLOS:    Huh?

TOMMY:    He called the cops on you?

CARLOS:    Yeah.

TOMMY:    What did he tell them?

CARLOS:    They, they know what's going on. He fuckin' told them. They went to go talk to him and he told them what...what I went over there for.

TOMMY:    He's a real pisser, huh?

CARLOS:    Yeah, and you know what, you know what's funny too? That the, supposedly the cop guy...

TOMMY:    Yeah.

CARLOS:    ...that, that pulled out the gun on me... he was there with him talking to him.

TOMMY:    Right.

CARLOS:    The guy, the guy got scared, he took off. He had a black truck. He took off. So I know, I know it was a set up. They know each other, you know? They know what happened.

TOMMY:    Yeah.

CARLOS:    But like I told you, it's not going to stay like, you know?

TOMMY:    Right. I hear you. Well, I'll go up there as soon as I get out of here.

2

CARLOS:    Alright man, I appreciate it.

TOMMY:    No problem.

CARLOS:    Alright.

TOMMY:    All right, bye.

## SUMMARY OF TELEPHONE CONTACTS
## DECEMBER 23-26, 2003

| DATES | TELEPHONE CONTACTS | NUMBER OF CONTACTS |
|---|---|---|
| December 23 to December 24, 2003 | Jordan phones with Minotti phones | 17 |
| | Bucci phones with Minotti phones | 58 |
| | Bucci phones with Muolo phones | 9 |
| | Jordan phones with Muolo phones | 3 |
| | Bucci phones with Ruiz phones | 3 |
| | Raftery phones with Ruiz phones | 1 |
| December 25, 2003 | Jordan phones with Minotti phones | 4 |
| | Bucci phones with Minotti phones | 13 |
| December 26, 2003 | Jordan phones with Minotti phones | 13 |
| | Bucci phones with Minotti phones | 4 |
| | Bucci phones with Muolo phones | 2 |


GOVERNMENT
EXHIBIT
28
04-10194-RCJ.