## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| | ) |
| | ) **CRIMINAL NO.** |
| v. | ) 04 – 10325 – GAO |
| | ) |
| | ) |
| **JON MINOTTI** | ) |
| | ) |

# FILED UNDER SEAL
# DO NOT SCAN

### AFFIDAVIT OF MICHELE MINOTTI

I, Michele Minotti, under the pains and penalties of perjury, depose and say as follows:

1. I am Jon Minotti's wife. We have been married for over ten years and have been a "couple" for over thirteen years. We have three children. ████████████ is nine years old; ████████, seven years old; and ████ ████████████ two and one-half years old. We have a home at ████ ████████████, Massachusetts in which our family has lived since April 2000.

2. I have been employed full time by General Glass & Mirror Corp. since 1991, when I graduated from college. It is a family business engaged in commercial window glazing contracting. My brother Thomas Nazarro is president of the company and I am vice president. My father James Nazzaro is the company's sole shareholder.

3. When I met Jon he worked in the construction trade, principally as a plasterer. He has always been a hard worker. In 1998, two years after we were married, he started his own plastering business – Advanced Plastering Incorporated. The company was dissolved in late 2002. Although Jon continued to do plastering work from time to time, he had obtained a real estate license and in late 2002 or the beginning of 2003 he began working as a real estate agent for Exit Realty in Stoneham. In 2003, Jon was the top real estate salesperson for multi-family homes in Stoneham.

4. The principal reason for this change in employment was the intense pain that the repeating plastering motions caused Jon to suffer. Jon was constantly complaining about the pain and I bore witness to its effects. There were many, many nights that Jon simply could not sleep. I knew that Jon was prescribed pain medications and that he took them. I did not know that he became addicted. In retrospect, however, there was at least one sign. Although Jon appeared to be working hard, particularly in the plastering business, he was not bringing money home. This was often an item of friction between us. I concluded that he was simply a poor business person who was unable to bid his work appropriately. I had no idea that he was spending very substantial amounts to feed an Oxycontin addiction.

5. At the same time, however, Jon was a devoted father and husband. He was a family man who was home every night and fully engaged with the children. Indeed, Jon's work schedule was often more flexible than mine and in many respects he was the principal care giver to the children. He brought them to school and he picked them up.

6. I knew that Jon and Anthony Bucci were acquaintances. I did not know that Mr. Bucci was his supplier of illegal Oxycontin medication. In July of 2002, Jon convinced me to invest $37,500 with Mr. Bucci in a real

estate development project in Wakefield. I purchased 50% of Mr. Bucci's interest in the project. I first borrowed the funds from my father and shortly thereafter paid him back by taking a second mortgage on our home in Stoneham. The development was successful – all the homes were sold – and there expectations of profits in six figures. However, we did not even get our full investment back.    In late 2002, Mr. Bucci paid back the initial $37,500 investment but, although he constantly promised participation in the profits, nothing further was ever paid. I am informed and believe that Mr. Bucci owns a home in the development that he purchased on February 28, 2003 for $225,000. It is currently assessed at over $1,000,000.

7. Jon's arrest in May of 2004, came as a complete shock to me. But in the period since his arrest, Jon has been completely open with me and our family about his past addiction and criminal activities. He has eliminated his addiction to pain medication. Jon continued to be a devoted and engaged father to his children. Although he continued to work somewhat as a real estate agent, Jon went back to plastering and was extremely successful. Jon is a good man. He has the full support of his family.

Signed under the pains and penalties of perjury this   day of July, 2006.

_____
Michele Minotti

## CERTIFICATE OF SERVICE

I, Michael J. Liston, certify that on July 11, 2006 I served the foregoing by delivering a copy to John T. McNeil, Assistant U.S. Attorney.

_____
Michael J. Liston

3