UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CRIMINAL NO. |
| v. | ) 04 – 10325 – GAO |
| | ) |
| JON MINOTTI | ) |
| | ) |

**FILED UNDER SEAL**
**DO NOT SCAN**

**DEFENDANT JON MINOTTI'S MOTION TO SEAL**

The defendant Jon Minotti moves that this motion and the following filings be filed under seal: (1) Defendant Jon Minotti's Sentencing Memorandum, (2) Affidavit of Jon Minotti, and (3) Affidavit of Michele Minotti. Related government filings have already been filed sealed.

JON MINOTTI
By his attorney,

Michael J. Liston BBO# 301760
2 Park Plaza, Suite 610
Boston, MA 02116
(617) 426-2281

Dated: July 11, 2006

CERTIFICATE OF SERVICE

I, Michael J. Liston, certify that on July 11, 2006 I served the foregoing by delivering a copy to John T. McNeil, Assistant U.S. Attorney.

Michael J. Liston